Opinion by Mollison, J. In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiffs was sustained as to said items.

**No. 58310.**—F. C. Mackay v. United States, protests 161594–K, etc. (Pembina).

Opinion by Mollison, J. In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiff was sustained as to said items.

**No. 58311.**—F. E. Macartney v. United States, protests 163361–K, etc. (Duluth).

Opinion by Mollison, J. In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiff was sustained as to said items.

**No. 58312.**—F. E. Macartney v. United States, protests 170243–K, etc. (Duluth).

Opinion by Mollison, J. In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiff was sustained as to said items.

**No. 58313.**—F. C. Mackay et al. v. United States, protests 171366–K, etc. (Pembina).

Opinion by Mollison, J. In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiffs was sustained as to said items.

**No. 58314.**—F. E. Macartney v. United States, protests 170349–K, etc. (Duluth).

Opinion by MOLLISON, J. In accordance with stipulation of counsel "that the said lumber was in fact Western white spruce lumber," the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 6, 1954

No. 58315.—Fromson Orban Co., Inc. v. United States, protest 191572–K (New York).

Opinion by LAWRENCE, J. At the trial, it was stipulated that the brass-clad steel tubing in question consists of articles containing 4 percent or more of copper by weight and not in chief value thereof. Upon the uncontroverted facts of record, the claim of the plaintiff was sustained.

No. 58316.—Herbert B. Moller v. United States, protest 197849–K (Tampa).

Opinion by LAWRENCE, J. It was stipulated that the items of merchandise are not printing presses and are not designed for use nor principally used in business offices, but rather are designed for use and are principally used in printing establishments, citing Abstract 55564. Upon the uncontroverted facts, the claim of the plaintiff was sustained.

No. 58317.—Leslie B. Canion and F. C. Hall & Anderson-Prichard Oil Co. v. United States, protest 196585–K (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel oil-well casings similar in all material respects to those the subject of United States v. Winkler-Koch Engineering Co. (41 C. C. P. A. 121, C. A. D. 540), the claim of the plaintiffs was sustained.